UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA MORRIS,<br><br>      Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A. and INSIGHT GLOBAL, LLC,<br><br>      Defendants. | Civ. Action No. 16-cv-09661<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties in the above-styled action hereby and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to dismiss the above-styled action in its entirety WITH PREJUDICE. The parties each shall bear their own costs, expenses, and attorneys' fees.

This 2nd day of June, 2017.

FRANZBLAU DRATCH, P.C.

_/s/ Brian M. Dratch_

Brian M. Dratch, Esq.
233 Broadway, Suite 1800
New York, NY 10007
212-571-1808
BDratch@njcounsel.com

*Counsel for Plaintiff Patricia Morris*

HALL, ARBERY & GILLIGAN,
ROBERTS & SHANLEVER LLP

_/s/ Elizabeth M. Newton_

Warren R. Hall, Jr., Esq. (*pro hac vice*)
Elizabeth M. Newton, Esq. (*pro hac vice*)
3340 Peachtree Road
Suite 1900
Atlanta, GA 30326
404-442-8776
whall@hagllp.com
enewton@hagllp.com

- and -

COLLAZO FLORENTINO & KEIL, LLP

_/s/ A. M. Baker_

John P. Keil, Esq.
Amanda M. Baker, Esq.

747 Third Avenue
New York, NY 10017-2803
212-758-7600
JKeil@cfk-law.com
ABaker@cfk-law.com

*Counsel for Defendant Insight Global, LLC*

EPSTEIN BECKER & GREEN, P.C.

Jeremy M. Brown, Esq.
Shira M. Blank, Esq.
250 Park Avenue
New York, New York 10177
212-351-4500
jmbrown@ebglaw.com
sblank@ebglaw.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

4837-3476-0775, v. 1

**SO ORDERED:**

_____
J. PAUL OETKEN
United States District Judge

June 5, 2017